UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RICKEY EVANS (#108026)**                                CIVIL ACTION

**VERSUS**

**JIMMY SMITH, ET AL.**                                    NO. 09-0387-JJB-DLD

**O R D E R**

The Court having been advised by the United States Marshal's Office that the plaintiff failed to return the 285 Form needed for service of process upon the defendants, which Form was mailed to the plaintiff at his record address on October 14, 2009, with instructions from the Marshal's Office that he must complete the Form and return it in order for service to be made,

**IT IS ORDERED** that, within thirty (30) days of the date of this Order, the plaintiff shall complete and return to the Marshal's Office the 285 Form which was forwarded to him in order that service may be effected upon the defendants.  In the event that the plaintiff no longer has the 285 Form which was forwarded to him, or did not receive same, he must contact the Marshal's Office and request that the Form be re-sent to him.  The plaintiff is advised that a failure to comply with this Order within the time allowed may result in the dismissal of this proceeding without further notice from the Court.

Signed in Baton Rouge, Louisiana, on February 4, 2010.

**MAGISTRATE JUDGE DOCIA L. DALBY**

USM