UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICKEY EVANS (#108026)

VERSUS

JIMMY SMITH, ET AL.

CIVIL ACTION

NO. 09-387-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 14, 2010 (doc. no. 24). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this action is DISMISSED, without prejudice, for failure of the plaintiff to pay the court's filing fee.

Baton Rouge, Louisiana, this 16th day of July, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA